UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04- 10249 WGY

PETER A. SPALLUTO and
ACCESS WITH SUCCESS

    Plaintiffs

MAGISTRATE JUDGE _____

vs.

KSA REALTY TRUST, RICHARD L.
FRIEDMAN, JOHN HALL, II,
PETER DIANA, GARY GIANINO,
TRUSTEES

    Defendant

RECEIPT # 53587
AMOUNT $ 150
SUMMONS ISSUED yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 2/5/04

## CORPORATE DISCLOSURE STATEMENT OF ACCESS WITH SUCCESS, INC. PURSUANT TO LOCAL RULE 7.3

[This form to be completed and filed only by non-governmental corporate parties. Check appropriate box.]

_____ The filing party, a non-governmental corporation, identifies the following parent companies (list name and addresses of each publicly held corporation that controls the filling party, directly or through others, or owns 10% or more of the party's stock):

**Not Applicable**

_____ The filing party identifies the following publicly held corporations with which a merger agreement with the party exists:

__X__     The filing party has no parent companies or merger agreements with publicly held corporations.

        Respectfully submitted,

        The Plaintiffs,
        ACCESS WITH SUCCESS, INC., and
        Peter A. Spullato

        By their Attorney,

        */s/ Nicholas S. Guerrera*
        Nicholas S. Guerrera, BBO#551475
        Shaheen Guerrera & O'Leary, LLC
        Jefferson Office Park
        820A Turnpike Street
        North Andover, MA 01845
        (978)689-0800

Dated: