AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

Peter A. Spalluto, et al.

**SUMMONS IN A CIVIL CASE**

V.

KSA Realty Trust,
Richard L. Friedman, Trustee

CASE NUMBER:

**04 10249 WGY**

TO: (Name and address of defendant)

Richard L. Friedman, Trustee
C/o Carpenter & Co., Inc.
20 University Road
Cambridge, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas S. Guerrera
Shaheen Guerrera & O'Leary
820A Turnpike Street
North Andover, MA  01845

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**
CLERK

(BY) DEPUTY CLERK

FEB 04 2004
DATE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 25, 2004

I hereby certify and return that on 2/24/2004 at 12:20PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET & LOCAL CATEGORY SHEET in this action in the following manner: To wit, by delivering in hand to RICHARD L. FRIEDMAN at C/O CARPENTER & CO. INC., 20 UNIVERSITY Road, Cambridge, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.60), Postage and Handling ($1.00), Travel ($1.28) Total Charges $37.88

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
Date                                       Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.