UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . .
|  |  |
|---|---|
| PETER A. SPALLUTO and<br>ACCESS WITH SUCCESS, INC., | CIVIL ACTION NO. 04-10249-WGY |
| Plaintiffs, | |
| v. | |
| KSA REALTY TRUST, RICHARD L.<br>FRIEDMAN, JOHN HALL II, PETER<br>DIANA and GARY GIANINO,<br>TRUSTEES, | |
| Defendants. | |

. . . . . . . . . . . . . . . . .

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants KSA Realty Trust, Richard L. Friedman, John Hall II, Peter Diana and Gary Gianino, Trustees.

        Respectfully submitted,

        KSA REALTY TRUST, RICHARD L.
        FRIEDMAN, JOHN HALL II, PETER
        DIANA and GARY GIANINO, TRUSTEES,
        By their attorneys,

        /s/ Joseph P. Davis III
        Joseph P. Davis III (BBO #551111)
        GREENBERG TRAURIG, LLP
        One International Place
        Boston, MA 02110
        (617) 310-6000
DATED: March 22, 2004      davisjo@gtlaw.com

2

**CERTIFICATE OF SERVICE**

  I, Joseph P. Davis III, Esq., counsel for defendants, hereby certify that a true and correct copy of the foregoing was served by facsimile and first-class mail, postage prepaid, on plaintiffs' counsel this 22nd day of March 2004.

                /s/ Joseph P. Davis III