UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER A. SPALLUTO and<br>ACCESS WITH SUCCESS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KSA REALTY TRUST, RICHARD L.<br>FRIEDMAN, JOHN HALL II, PETER<br>DIANA and GARY GIANINO,<br>TRUSTEES,<br><br>Defendants. | CIVIL ACTION NO. 04-10249-WGY |

### ASSENTED TO MOTION FOR FOURTH EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT

Defendants KSA Realty Trust, Richard L. Friedman, John Hall II, Peter Diana and Gary Gianino, Trustees ("Defendants" or "KSA"), hereby move this Court for an additional extension of two (2) weeks to answer the complaint of plaintiffs Peter A. Spalluto ("Spalluto") and Access with Success, Inc. ("AWS"). Plaintiffs have assented to this motion. In support of their motion, Defendants state as follows:

1. Defendants are the owners and operators of The Charles Hotel in Cambridge. Defendants are engaged in discussions with Plaintiffs to resolve the issues raised in the Complaint. The experts of the parties have requested additional time to make recommendations that may form the basis of a settlement.

2. Plaintiffs are not prejudiced by the delay, as their own expert has requested the courtesy of additional time. Defendants would be prejudiced by the preparation and filing of responsive pleadings that may not be necessary in light of the

desire to settle the dispute without the expenditure of additional professional fees.  By granting the requested extension , the parties can concentrate on resolving the dispute without spending unnecessary time and money on the litigation.

3. Plaintiffs have assented to this motion.

**WHEREFORE,** Defendants respectfully request that this Court grant them an additional extension of two(2) weeks to file an answer or otherwise respond to the complaint.

                              Respectfully submitted,
KSA REALTY TRUST, RICHARD L. FRIEDMAN, JOHN HALL II, PETER DIANA and GARY GIANINO, TRUSTEES,
By their attorneys,

/s/ Joseph P. Davis III
Joseph P. Davis III (BBO #551111)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
(617) 310-6000

DATED: June 15, 2004        davisjo@gtlaw.com

ASSENTED TO BY PLAINTIFFS' COUNSEL,

/s/ Nicholas S. Guerrera
Nicholas S. Guerrera (BBO #551475)
SHAHEEN GUERRARA & O'LEARY LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978) 689-0800

**CERTIFICATE OF SERVICE**

I, Joseph P. Davis III, Esq., counsel for defendants, hereby certify that a true and correct copy of the foregoing was served by facsimile and first-class mail, postage prepaid, on plaintiffs' counsel this 15th day of June 2004.

/s/ Joseph P. Davis III