UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV -8  A 11: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PETER A. SPALLUTO<br>and ACCESS WITH SUCCESS, INC.,<br>    **Plaintiffs**<br><br>   **v.**<br><br>KSA REALTY TRUST, RICHARD L.<br>FRIEDMAN, JOHN HALL, II,<br>PETER DIANA, GARY GIANINO,<br>TRUSTEES,<br>    **Defendants** | CIVIL ACTION NO.: 04-10249 WGY |

## STIPULATION OF DISMISSAL AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. Rule 41 (a)(1)(ii), the plaintiffs, Peter A. Spalluto and Access with Success, Inc., through counsel, and with the assent of all defendants, hereby stipulate that all claims which were raised or could have been raised by the plaintiffs against the defendants be dismissed with prejudice, without costs, and waiving all rights of appeal.

This stipulation is subject to the parties' agreement that the Court shall retain jurisdiction only to enforce the terms of the settlement, if necessary.

Respectfully submitted,

Peter A. Spalluto

By his Attorneys,

Nicholas S. Guerrera, BBO# 551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978) 689-0800
Dated: Nov. 2, 2004

KSA Realty Trust, et al.

By their Attorneys,

Joseph P. Davis, III, Esq., BBO# 551111
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Dated: Nov. 8, 2004